JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

MAURICETTE Y. CARUANA,

    Plaintiff,

    v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.

Case No.  2:22-cv-05233-RSWL-AFMx

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, MAURICETTE Y. CARUANA, and Defendant CMRE FINANCIAL SERVICES, INC., having filed with this Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

    The Stipulation is approved. The action against CMRE FINANCIAL SERVICES, INC is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

DATED: February 14, 2023         */S/ RONALD S.W. LEW*

                                   UNITED STATES DISTRICT JUDGE